Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  12−21887−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael J. Hardy                               Theresa S. Hardy
   520 Washington Terrace                520 Washington Terrace
   Audubon, NJ 08106−2221             Audubon, NJ 08106−2221

Social Security No.:
   xxx−xx−4086                                   xxx−xx−5013

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 13, 2015.

On 05/02/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                June 7, 2017
Time:               10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 3, 2017
JAN: bed

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J. Hardy  
Theresa S. Hardy  
     Debtors

Case No. 12-21887-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 03, 2017  
                        Form ID: 185      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.

```
db/jdb         Michael J. Hardy,    Theresa S. Hardy,    520 Washington Terrace,    Audubon, NJ  08106-2221
cr            +Specialized Loan Servicing, LLC, as servicer for A,    Parker McCay PA,    9000 Midlantic Drive,
                Suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
513029686     +Arrow Financial Servic (Original Cr,    5996 W Touhy Ave,    Niles IL 60714-4610
513029687     +Barclaysbk,    Po Box 8803,    Wilmington DE 19899-8803
513029689     +Chase,    Po Box 15298,    Wilmington DE 19850-5298
513029691     +Hsbc Bank,    Po Box 5253,    Carol Stream IL 60197-5253
513029692      Juniper Bank,    PO Box 13337,    Philadelphia PA 19101-3337
513052167     +Midland Credit Management, Inc.,    2365 Northside Drive,    Ste 300,    San Diego, CA 92108-2709
513794787     +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Irvine, CA 92618-2132
513029694     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch CO 80129-2386
515971979     +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
513089806     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
513029695      Target Nb,    C/O Target Credit Services,    Minneapolis MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 03 2017 22:57:09     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2017 22:57:05     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/Text: bankruptcydpt@mcmcg.com May 03 2017 22:57:05     Midland Credit Management, Inc.,
                8875 Aero Drive,    San Diego, CA 92123-2255
513196855      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 03 2017 22:54:31
                American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                Oklahoma City, OK  73126-9093
513029688     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 03 2017 22:54:18     Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano TX 75093-7864
513059977     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 03 2017 22:48:58
                Capital One Auto Finance (CODB),    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
514476846     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 03 2017 22:48:58
                Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
513066104     +E-mail/Text: bankruptcy@cavps.com May 03 2017 22:57:27     Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
513029690     +E-mail/Text: creditonebknotifications@resurgent.com May 03 2017 22:56:19     Credit One Bank,
                Po Box 98875,    Las Vegas NV 89193-8875
513153456     +E-mail/Text: bncmail@w-legal.com May 03 2017 22:57:25
                KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513029693     +E-mail/Text: bkr@cardworks.com May 03 2017 22:56:09     Merrick Bank,    Po Box 9201,
                Old Bethpage NY 11804-9001
                                                                                                TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515963553*    +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                Arlington, TX 76006-1347
515971978*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 03, 2017
                              Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Brian E Caine     on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for Arch Bay
               Holdings, LLC-Series 2009B bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Daniel L Reinganum     on behalf of Debtor Michael J. Hardy dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Daniel L Reinganum     on behalf of Joint Debtor Theresa S. Hardy dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Denise E. Carlon     on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              R. A. Lebron     on behalf of Creditor    RUSHMORE LOAN MANAGEMENT SERVICES, AS SERVICER FOR US BANK,
               NATIONAL ASSOCIATION, bankruptcy@feinsuch.com
              R. A. Lebron     on behalf of Creditor    Rushmore Loan Management Services as servicer for US BANK,
               NATIONAL ASSOCIATION bankruptcy@feinsuch.com
                                                                                             TOTAL: 9
```