UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel L. Reinganum
McDowell Posternock Apell & Detrick, P.C.
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
dreinganum@MPADLaw.com

**Order Filed on June 22, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael J. Hardy and Theresa S. Hardy,

Debtors.

Case No.: 12-21887

Chapter: 13

Judge: JNP

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 22, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Daniel L. Reinganum_____, the applicant, is allowed a fee of $ _____1,225.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,225.00_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.~~

*Revised 10/3/02*